IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) EDWIN ANDINO-MARTINEZ<br>**2) JOSE CINTRON-APONTE**<br>3) EDUARDO ORTIZ-TORRES<br>Defendants | CRIMINAL 15-0401-02CCC |

**ORDER**

Having considered the Motion to Dismiss filed by defendant [2] José Cintrón-Aponte on October 12, 2015 (**d.e. 44**), the United States' Response filed on November 10, 2015 (d.e. 50), and the Report and Recommendation issued by U.S. Magistrate-Judge Bruce J. McGiverin on April 6, 2016 (**d.e. 71**), which remains unopposed, as well as the applicable law and jurisprudence, said Report and Recommendation is APPROVED and ADOPTED and defendant [2] Cintrón-Aponte's Motion to Dismiss (**d.e. 44**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on May 31, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge